IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-00699-AP**

**In re: JAY L. HAMBURG**

Debtor.

**CONSTANTINA GROSSE,**

Appellant,

v.

**JAY L. HAMBURG,**

Appellee.

---

# ORDER

---

Kane, J.

The Motion to Hold Case in Abeyance (doc. #9), filed April 11, 2012, is **GRANTED**.

The court finds as follows:

1. Subsequent to the judgment in the underlying adversary proceeding, Appellant Grosse filed for bankruptcy protection under chapter 7 on March 22, 2012, case no. 12-15480-ABC, Bankruptcy Court, District of Colorado.

2. The duly appointed trustee in the Appellant's bankruptcy case is Joseph Rosania.

3. Pursuant to 11 U.S.C. §541, the judgment in favor of the Appellant in the underlying adversary case now belongs to the bankruptcy estate administered by Joseph Rosania in 12-15480-ABC, Bankruptcy Court, District of Colorado.

In light of the foregoing, this case is **STAYED** pending further direction from Trustee Joseph Rosania in case no. 12-15480-ABC, Bankruptcy Court, District of Colorado, or until which time the judgment in the underlying adversary case is abandoned as an asset of the Appellant's bankruptcy estate.

Dated this 23rd day of April, 2012.

BY THE COURT:

_**s/John L. Kane**_

John L. Kane, Senior Judge
United States District Court