IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-00699-AP**

**In re: JAY L. HAMBURG**

       Debtor.

**CONSTANTINA GROSSE,**

       Appellant,

v.

**JAY L. HAMBURG,**

       Appellee.

## ORDER OF DISMISSAL

Kane, J.

Based on the representations of the parties in their Status Report, (doc. #17), filed September 18, 2014, it is

**ORDERED** this case is **DISMISSED WITHOUT PREJUDICE** as moot.

Dated:  September 22, 2014

                                     BY THE COURT:

                                     *s/John L. Kane*
                                     JOHN L. KANE, SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT